JOSEPH BORK, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF, NEW YORK, *Defendants in Error.* — Conviction affirmed and proceedings remitted to the Oyer and Terminer of Erie county with directions to proceed thereon. Opinion by HARDIN, J.

IN THE MATTER OF THE PROBATE OF THE LAST WILL AND TESTAMENT OF SARAH GATES, *Deceased.*

AMELIA A. DOUGALL and others, *Appellants, v.* JAMES O. GATES, *Respondent.* — Decree of the surrogate of Oneida county reversed and ordered that a trial take place in a circuit court in the county of Oneida of two questions, viz.: (1.) Was Sarah Gates, the testatrix, at the time of the execution of the will offered for probate, possessed of competent mental capacity to execute a will? (2.) Was she under influence at the time of her execution of the will? The costs of the appeal to abide the event. Opinion by HARDIN, J.

STEPHEN W. MILLICHAMP, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction affirmed and case remitted to the Court of Sessions of Monroe county to proceed thereon. Opinion by SMITH, P. J.

IN THE MATTER OF THE PETITION OF MARY BAKER AND OTHERS FOR THE APPOINTMENT OF A TRUSTEE, ETC. — Order reversed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

FLORA SAMUELS, *Respondent, v.* FREDERICK G. WEAVER, *as Sheriff, etc., Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.

GEORGE WILLIAMS and another, *Respondents, v.* LYNOTT B. ROOT and HENRY J. WOOD, *as Executors, etc., Appellants.* — Judgment and order affirmed. Opinion by SMITH, P. J.

ISAAC R. PHARIS, *Appellant, v.* R. NELSON GERE, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.; HARDIN, J., not sitting.

SHEPARD TAPPEN, *Appellant, v.* EDWARD P. PENFIELD, *Respondent.* — Motion granted to modify order as specifically asked for in notice of motion.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY TO ACQUIRE LANDS OF CHARLES S. LONGWELL, *Appellant.* — Orders appealed from reversed, and the motion made by the land owner at Special Term granted, on condition that he pay to the railroad company the taxed costs and disbursements of the hearing already had before the commissioners, and also ten dollars costs and disbursements of this appeal and ten dollars costs of the motion at Special Term; otherwise the orders appealed from are affirmed, with ten dollars costs and disbursements of this appeal to the respondent. Opinion by SMITH, P. J.

HENRY BECKWITH and JOHN K. BECKWITH, *Respondents, v.* JAMES BRACKETT and BENJAMIN M. BAKER, *Appellants.* — Judgment affirmed on report of referee.